Patricia S. Waldeck, Esq.
Nevada Bar No. 2640
LAW OFFICES OF PATRICIA S. WALDECK
7881 West Charleston Boulevard, Suite 210
Las Vegas, Nevada 89117
Telephone: (702) 658-6100
Facsimile:  (702) 658-2502
pswaldeck@cs.com

Attorney for Local No. 525, AFL-CIO

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, LOCAL NO. 525, AFL-CIO,<br><br>Plaintiff,<br><br>vs<br><br>DESERT PLUMBING & HEATING COMPANY, INC., a Nevada Corporation,<br><br>Defendant. | Case No. 2:10-CV-00717<br><br>STIPULATION AND ORDER DISMISSING ACTION |

Plaintiff United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada, Local 525, AFL-CIO ("Union") and Defendant Desert Plumbing & Heating Company, Inc. ("Desert"), through their respective counsel, stipulate as follows:

---

STIPULATION AND ORDER STAYING PROCEEDING

1. The within action was filed on May 17, 2010, and served on Desert by certified mail on June 7, 2010.

2. The Union seeks by this action an order compelling Desert to participate in arbitration of a pending grievance.

3. After service of the suit, Desert agreed to participate in the arbitration, and a hearing was conducted and completed on August 23, 2010.

4. The parties now stipulate that the action may be dismissed in its entirely with prejudice, each part to bear its own costs, unless other arrangements are made in this regard.

LAW OFFICES OF PATRICIA S. WALDECK
7881 West Charleston Boulevard, Suite 210
Las Vegas, Nevada  89117

By _____
Patricia S. Waldeck
Attorney for Plaintiff Union

Date August 27, 2010

MARTIN & ALLISON, LTD.
3191 East Warm Springs Road
Las Vegas, Nevada  89120

By _____
Noah G. Allison
Attorney for Defendant Desert

Date Sept. 29, 2010

IT IS SO ORDERED:

_____
United States District Judge

Date __ October 4, 2010.

**STIPULATION AND ORDER STAYING PROCEEDING**